**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENLAR FSB, | ) |
| | ) |
| | ) Civil Action No. 15-cv-868 |
| Plaintiff, | ) |
| | ) Judge Andrea R. Wood |
| vs. | ) |
| | ) Magistrate Judge Cole |
| INGA MUKHRANELI, *et al.* | ) |
| | ) |
| Defendants. | ) |

**FEDERAL HOME LOAN MORTGAGE CORPORATION'S LOCAL RULE 3.2
DISLOSURE STATEMENT**

Intervenor Federal Home Loan Mortgage Corporation submits this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2:

1. All parent corporations of the party: None.

2. Any publicly held company that owns more than ten percent (10%) of the party's stock: None.

Dated: January 29, 2015            Respectfully submitted,

            By:   /s/Ian H. Fisher

Michael J. Ciatti*            Ian H. Fisher
Merritt E. McAlister*         **SCHOPF & WEISS LLP**
**KING & SPALDING LLP**       One S. Wacker Dr., 28th Fl.
1700 Pennsylvania Ave., NW, Ste. 200   Chicago, Illinois 60606
Washington, DC 20006-4707     312.701.9300
Telephone: (202) 737-0500
Fax: (202) 626-3737
mciatti@kslaw.com
mmcalister@kslaw.com

*Applications for admission *pro hac vice* will be submitted.

## **CERTIFICATE OF SERVICE**

I, Ian H. Fisher, an attorney, certify and state that I caused a copy of the foregoing **Federal Home Loan Mortgage Corporation's Local Rule 3.2 Disclosure Statement** and this **Certificate of Service** to be sent by electronic mail and by First Class, postage prepaid, U.S. mail on this 29th day of January, 2015 to the following:

>Matthew Gurvey
>Law Office of Matthew E. Gurvey, P.C.
>111 W. Washington, Ste. 841
>Chicago, IL 60602
>mgurvey@gurveylawpc.com
>
>Julie L. DeJong
>Codilis & Associates, P.C.
>15W030 N. Frontage Rd.
>Burr Ridge, IL 60527
>Julie.Dejong@il.cslegal.com

/s/Ian H. Fisher