# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Cenlar FSB

                       Plaintiff,

v.                                         Case No.: 1:15−cv−00868
                                                Honorable Andrea R. Wood

Inga Mukhraneli, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 14, 2015:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Pursuant to the discussion held in open court, Plaintiff shall separately file the motions attached to the Notice of Removal [1] so that they appear as pending motions on this Court's docket. Each motion and its related memoranda may be filed together as one docket entry. The motions are not required to be noticed for presentment. Discovery is stayed until the ruling on the pending motions. Status hearing set for 6/3/2015 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.