IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENLAR FSB, | ) |
|             Plaintiff, | ) |
| v. | ) No. 15-cv-00868 |
| INGA MUKHRANELI, NATIONAL CITY BANK, WESTWOOD CONDOMINIUM ASSOCIATION-THREE, NICK MUKHRANELI, a minor, UNKNOWN HEIRS AND LEGATEES, for Archil Gelashvili a/k/a Archil L. Gelashvili, GERALD NORDRGEN, as personal representative for Archil Gelashvili a/k/a Archil L. Gelashvili (Deceased), and UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, | ) |
|             Defendants. | ) |

**MOTION TO WITHDRAW**

Now comes the Defendant, Inga Mukhraneli, by her attorney, Stephen D. Richek, and hereby moves to withdraw the Motion seeking to vacate all orders in the case.

WHEREFORE, Defendant prays that the Motion to Vacate all orders in the case by withdrawn.

                                      Respectfully Submitted,
                                      Inga Mukhraneli

                                      By   /s/ Stephen D. Richek
                                              Stephen D. Richek

Stephen D. Richek
Attorney for Defendant
111 W. Washington, Suite 1020
Chicago, IL 60602
(312) 375-6556

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 17, 2015, I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                 /s/ Stephen D. Richek
                                                 Stephen D. Richek

Stephen D. Richek
Attorney for Defendant
111 W. Washington, Suite 1020
Chicago, IL 60602
(312) 375-6556