# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Cenlar FSB

                        Plaintiff,

v.                                                      Case No.: 1:15–cv–00868
                                                        Honorable Andrea R. Wood

Inga Mukhraneli, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 29, 2015:

      MINUTE entry before the Honorable Donald E. Walter: Motion hearing held. For reasons stated on the record, Defendant's motion to withdraw [24] is granted without prejudice. Motion to vacate [20] is withdrawn. In granting the motion to withdraw, the Court reserves ruling on Plaintiff and Intervenor's request that the withdrawal be with prejudice. Defendant's supplemental response to the motion for order of sale [22] shall be filed by 5/14/2015. In addition to responding to the arguments in the motion for order of sale, the supplemental response shall identify any portions of the motion to vacate [20] to which Defendant objects being denied with prejudice. Supplemental replies, if any, shall be filed by 5/21/2015. The status hearing set for 6/3/2015 is stricken and reset for 6/10/2015 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.