**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENLAR FSB,<br><br>PLAINTIFF,<br><br>v.<br><br>INGA MUKHRANELI, *et al.,*<br><br>DEFENDANTS. | Civil Action No. 15-cv-00868<br><br>Previously pending in the Circuit Court for the Nineteenth Judicial Circuit, Lake County, Illinois, Case No. 2009 CH 1548 |

**ORDER CONFIRMING AND APPROVING SALE
AND ORDER FOR POSSESSION**

**THIS CAUSE COMING TO BE HEARD** on Plaintiff Cenlar FSB's Motion for Order Approving Report of Sale and Distribution, Cenlar FSB having previously filed the report of sale and distribution of the proceeds of sale of the premises involved herein.

**THE COURT FINDS** that:

    1. The Sheriff of Lake County has proceeded in accordance with all the terms of the Judgment of Foreclosure and Sale heretofore entered and applicable law in conducting the sale of the premises involved herein and in distributing the proceeds derived from said sale.

    2. The Notice of the Sale, as required pursuant to 735 ILCS 5/15-1507(c), has been properly given.

    3. The terms of the sale were fair and conscionable and the sale was conducted fairly without fraud.

    4. 5301 W. OGDEN LLC including its insurers, investors, and agents, or its assigns, is entitled to possession of the subject property as of the date thirty (30) days after the entry of this order and that 5301 W. OGDEN LLC including its insurers, investors, and agents, or its assigns, is entitled to a Deed to the subject property to be issued after entry of this order.

    5. There remains due and unpaid to the Plaintiff Cenlar FSB the sum of $107,266.28 together with interest thereon at the statutory rate of nine percent from the date of sale. Plaintiff has represented that it is not seeking a personal deficiency against any of the named defendants in this matter.

**IT IS HEREBY ORDERED** that:

    1. The sale of the premises involved herein conducted on 10/7/14 by the Sheriff of Lake County and the distribution by him of the proceeds of sale and his report of sale and distribution, are hereby in all respects, approved, ratified and confirmed.

    2. The Sheriff of Lake County shall issue a deed to 5301 W. OGDEN LLC including its insurers, investors, and agents, or its assigns, pursuant to the findings of this Court as set forth above.

3. The Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the Lake County Recorder of Deeds is ordered to permit immediate recordation of the Judicial Sale Deed issued hereunder without affixing any exemption stamps.

4. 5301 W. OGDEN LLC including its insurers, investors, and agents, or its assigns, is granted an order of possession of the subject property effective thirty (30) days after the entry of this order. Said order is enforceable against all party defendants named herein including:

> Inga Mukhraneli; Archil Gelashvili a/k/a Archil L. Gelashvili; Westwood Condominium Association- Three; Nick Mukhraneli, minor; Gerald Nordgren as Personal Representative for Archil Gelashvili a/k/a Archil L. Gelashvili (Deceased)

at the subject property commonly known as:

> 343 Ashwood Court
> Vernon Hills, IL 60061.

If said occupants fail to surrender possession of the subject property within thirty (30) days after the entry of this order, then after thirty (30) days from entry of this order, the Unites States Marshall and/or the Sheriff of Lake County are directed to eject and remove said occupants from the subject property and to put 5301 W. OGDEN LLC including its insures, investors, and agents, or its assigns, in full and complete possession of the property set forth above.

5. The Sheriff of Lake County shall immediately tender a check to the Plaintiff Cenlar FSB in the amount of $81,000.00.

6. The Sheriff of Lake County is directed to issue Duplicate Original Certificates of Sale in recordable form which Certificate(s) shall be freely assignable.

7. The Municipality or County may contact the party below with concerns about the real property:
   Name: 5301 W. OGDEN LLC
   Address: 6348 N. CICERO SUITE #203, CHICAGO, IL 60646
   Phone: 312-671-7399.

8. 735 ILCS 5/9-117 is not applicable to this order.

9. This is a final and appealable order with no just cause for further delay. Judgment shall enter accordingly.

ENTERED:

ANDREA R. WOOD
United States District Judge

Date: July 13, 2015